BOHLEN ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* MID-AMERICAN FIRE & CASUALTY COMPANY, APPELLEE AND CROSS-APPELLANT.

[Cite as Bohlen *v.* Mid-American Fire & Cas. Co. (1988), 40 Ohio St. 3d 80.]

(No. 88-1620—Submitted October 25, 1988—Decided December 14, 1988.)

*Scanlon & Gearinger Co., L.P.A., Timothy F. Scanlon, Kropf, Wagner & Hohenberger* and *Richard S. Wagner,* for appellants and cross-appellees.

*Roetzel & Andress, George A. Clark* and *Timothy S. Guster,* for appellee and cross-appellant.

The motion to certify the record is allowed and the judgment of the court of appeals is reversed on authority of *Wood* v. *Shepard* (1988), 38 Ohio St. 3d 86, 526 N.E. 2d 1089. The cause is remanded to the trial court for further proceedings not inconsistent with *Wood.* The cross-motion to certify the record is overruled.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.